IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON L. NOHR, Receiver for MSC HOLDINGS USA, LLC, MSC HOLDINGS, INC., and MSC GA HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CORINNA JANG, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-02761-SCJ |

## DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT PAUL HARPER

COMES NOW, Jason L. Nohr as Receiver for MSC Holdings, USA, LLC, MSC Holdings, Inc., and MSC GA Holdings, LLC, Plaintiff, and dismisses this action against Defendant Paul Harper with prejudice.

This 30th day of October, 2014.

CAUTHORN NOHR & OWEN

/s Jason L. Nohr
Georgia Bar No.: 545435
Receiver

212 Church Street
Marietta, GA  30060
(770) 528-0150
jln@cauthornnohr.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing Dismissal with Prejudice as to Defendants Michael Strickland and Kimberly Strickland using the CM/ECF System.

And by first class mail upon the following:

> Amanda R. Clark Palmer
> Garland, Samuel & Loeb, PC
> 3151 Maple Drive
> Atlanta, GA  30305

This  30th  day of October, 2014.

> CAUTHORN NOHR & OWEN
>
> /s Jason L. Nohr
> Georgia Bar No.: 545435

212 Church Street
Marietta, GA 30060
(770) 528-0150
(770) 528-0160 - facsimile
jln@cauthornnohr.com