IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON L. NOHR, Receiver for MSC HOLDINGS USA, LLC, MSC HOLDINGS, INC., and MSC GA HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CORINNA JANG, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:14-cv-02761-SCJ |

## DISMISSAL WITH PREJUDICE AS TO DEFENDANTS GLENN BENDER AND ANNA BENDER

COMES NOW, Jason L. Nohr as Receiver for MSC Holdings, USA, LLC, MSC Holdings, Inc., and MSC GA Holdings, LLC, Plaintiff, and dismisses this action against Defendants Glenn Bender and Anna Bender with prejudice.

This  12th  day of November, 2014.

                                                 CAUTHORN NOHR & OWEN

                                                 /s Jason L. Nohr
                                                 Georgia Bar No.: 545435
212 Church Street                          Receiver
Marietta, GA  30060
(770) 528-0150
jln@cauthornnohr.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing Dismissal with Prejudice as to Defendants Glenn Bender and Anna Bender using the CM/ECF System.

And by first class mail upon the following:

Glenn and Anna Bender
71669 639 Avenue
Humboldt, NE  68379

Ms. Christine Perry
PO Box 1167
Burnesville, NC 28714

Ms. Daphne Swilling
3612 Maiden Drive
Chattanooga, TN 37412

Douglas Romero, Esq.
Law Office of Douglas Romero
Suite 150
200 S. Sheridan Blvd.
Denver, CO 80226

Ms. Norma Day
Room 212
2899 Five Forks Trickum Rd.
Lawrenceville, GA 30044

Mr. Scott Murphy
97 Longwood Crossing
Dallas, GA 30132

Ms. Tangie King
7043 South Cannon Place Drive
Rockford, MI 49391

Mr. Thinh Tran
1525 Bramble Bush Way
Suwanee, GA 30024

This  12th  day of November, 2014.

                CAUTHORN NOHR & OWEN

                /s Jason L. Nohr
                Georgia Bar No.: 545435

212 Church Street
Marietta, GA 30060
(770) 528-0150
(770) 528-0160 - facsimile
jln@cauthornnohr.com