IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON L. NOHR, Receiver for MSC HOLDINGS USA, LLC, MSC HOLDINGS, INC., and MSC GA HOLDINGS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>CORINNA JANG, et al.,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-02761-SCJ |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS DOSS BAKER AND TERESA BAKER**

COMES NOW, Jason L. Nohr as Receiver for MSC Holdings, USA, LLC, MSC Holdings, Inc., and MSC GA Holdings, LLC, Plaintiff, and dismisses this action against Defendants Doss Baker and Teresa Baker with prejudice.

This  23rd  day of December, 2014.

　　　　　　　　　　　　　　　　CAUTHORN NOHR & OWEN

　　　　　　　　　　　　　　　　/s Jason L. Nohr
　　　　　　　　　　　　　　　　Georgia Bar No.: 545435
212 Church Street　　　　　　　　Receiver
Marietta, GA  30060
(770) 528-0150
jln@cauthornnohr.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing Notice of Voluntary Dismissal with Prejudice as to Defendants Doss Baker and Teresa Baker using the CM/ECF System.

And by first class mail upon the following:

Doss and Teresa Baker
5990 Holland Drive
Cumming, GA  30041

Geoffrey and Amy Marott
125 Royal Burgess Way
McDonough, GA 30253

Barbara Lingenfelter
300 Chipeway Avenue
Daytona Beach, FL 32118

Christine Perry
P.O. Box 1167
Burnesville, NC 28714

Daphne Swilling
3612 Maiden Drive
Chattanooga, TN 37412

David Mallory
800 N. Drew
Livingston, TX 77351

Roger and Cherie Mullins
170 Hol Mar Trial
McDonough, GA 30253

Joey and Lori Sheffield
497 Grandiflora Drive
McDonough, GA 30253

Norma Day
Room 212
2899 Five Forks Trickum Rd.
Lawrenceville, GA 30044

Norman and Eveline Schneller
427 Salem Ridge Ct.
McDonough, GA 30253

James and Patricia Sheffield
115 Salem Ridge Drive
McDonough, GA 30253

Scott Murphy
97 Longwood Crossing
Dallas, GA 30132

Joseph and Shanda Watkins
40 Allie Drive
McDonough, GA 30252

Tangie King
7043 South Cannon Place Drive
Rockford, MI 49391

Thinh Tran
1525 Bramble Bush Way
Suwanee, GA 30024

This  23rd  day of December, 2014.

            CAUTHORN NOHR & OWEN

            /s Jason L. Nohr
            Georgia Bar No.: 545435

212 Church Street
Marietta, GA 30060
(770) 528-0150
(770) 528-0160 - facsimile
jln@cauthornnohr.com