IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON L. NOHR, Receiver for  )<br>MSC HOLDINGS USA, LLC,  )<br>MSC HOLDINGS, INC., and MSC  )<br>GA HOLDINGS, LLC,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CORINNA JANG, et al.,  )<br>  )<br>   Defendants.  ) | CIVIL ACTION FILE<br><br>NO. 1:14-cv-02761-SCJ |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS ANTHONY PHAM AND MARIA PHAM**

COMES NOW, Jason L. Nohr as Receiver for MSC Holdings, USA, LLC, MSC Holdings, Inc., and MSC GA Holdings, LLC, Plaintiff, and dismisses this action against Defendants Anthony Pham and Maria Pham with prejudice.

This  6th  day of January, 2015.

                                        CAUTHORN NOHR & OWEN

                                        /s Jason L. Nohr
                                        Georgia Bar No.: 545435
212 Church Street                       Receiver
Marietta, GA  30060
(770) 528-0150
jln@cauthornnohr.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing Notice of Voluntary Dismissal with Prejudice as to Defendants Anthony Pham and Maria Pham using the CM/ECF System.

And by first class mail upon the following:

Anthony and Maria Pham
6000 Gaineswood Drive
Roswell, GA  30076

Geoffrey and Amy Marott
125 Royal Burgess Way
McDonough, GA 30253

Barbara Lingenfelter
300 Chipeway Avenue
Daytona Beach, FL 32118

Christine Perry
P.O. Box 1167
Burnesville, NC 28714

Daphne Swilling
3612 Maiden Drive
Chattanooga, TN 37412

David and Charlotte Mallory
800 N. Drew
Livingston, TX 77351

Roger and Cherie Mullins
170 Hol Mar Trial
McDonough, GA 30253

Joey and Lori Sheffield
497 Grandiflora Drive
McDonough, GA 30253

Norma Day
Room 212
2899 Five Forks Trickum Rd.
Lawrenceville, GA 30044

Norman and Eveline Schneller
427 Salem Ridge Ct.
McDonough, GA 30253

James and Patricia Sheffield
115 Salem Ridge Drive
McDonough, GA 30253

Scott Murphy
97 Longwood Crossing
Dallas, GA 30132

Joseph and Shanda Watkins
40 Allie Drive
McDonough, GA 30252

Tangie King
7043 South Cannon Place Drive
Rockford, MI 49391

Thinh Tran
1525 Bramble Bush Way
Suwanee, GA 30024

Barbara Robbins
1040 FM 2457
Livingston, TX  77351

Brenda Gates
4792 US Highway 190 E.
Livingston, TX  77351

Howard Daniel
160 Bishop
Livingston, TX  77351

Joan Heintz
11480 SW 22 Court
Davie, FL  33325

Ruth Eugenia Brandon
619 W. Mill Street
Livingston, TX  77351

Robert Rohm
P.O. Box 28592
Atlanta, GA 30358

Carla Kuizon
302 58th Street
Holmes Beach, FL  34217

Julie Starcher
143 Ashely Drive
McDonough, GA  30253

Elaine Prewitt
5211 Highway 461
Somerset, KY  42503

Mary Lou Hirsch
701 South Bay Blvd.
P.O. Box 1967
Anna Maria, FL  34216

This  6th  day of January, 2015.

          CAUTHORN NOHR & OWEN

          /s Jason L. Nohr
          Georgia Bar No.: 545435

212 Church Street
Marietta, GA 30060
(770) 528-0150
(770) 528-0160 - facsimile
jln@cauthornnohr.com