## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JASON L. NOHR, RECEIVER FOR MSC HOLDINGS, USA, LLC, MSC HOLDINGS, INC., and MSC GA HOLDINGS, LLC. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 1:14-CV-02761-SCJ |
| Corinna Jang, et al., | ) ) | |
| Defendants. | ) ) ) | |

## DEFENDANT BARBARA BANFIC'S  ANSWER AND AFFIRMATIVE DEFENSES[1]

COME NOW Defendant Barbara Banfic, by and through her undersigned counsel, and files this, her Answer and Affirmative Defenses, and states as follows:

## AFFIRMATIVE DEFENSES[2]

## FIRST AFFIRMATIVE DEFENSE

There is a failure to state a claim upon which relief can be granted.

---

1. Plaintiffs granted Defendant Barbara Banfic an extention to answer until January 9, 2014.

2. In the event, through discovery, it is determined that one or more affirmative defenses are not appropriately asserted, they will be withdrawn.

1

## SECOND AFFIRMATIVE DEFENSE

Estoppel.

## THIRD AFFIRMATIVE DEFENSE

The Statute of Limitations has expired.

## FOURTH AFFIRMATIVE DEFENSE

Laches.

## FIFTH AFFIRMATIVE DEFENSE

Waiver.

## SIXTH AFFIRMATIVE DEFENSE

Payment.

## SEVENTH AFFIRMATIVE DEFENSE

Release.

## EIGHTH AFFIRMATIVE DEFENSE

Unclean Hands.

## NINTH AFFIRMATIVE DEFENSE

Settlement.

As to the individually numbered allegations in the complaint, Defendant responds as follows:

1. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 1 of the Complaint.

2. Admitted.

3. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 3 of the Complaint.

4. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 4 of the Complaint.

5. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 5 of the Complaint.

6. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 6 of the Complaint.

7. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 7 of the Complaint.

8. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 8 of the Complaint.

9. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is

required; Defendant denies all allegations set forth in Paragraph 9 of the Complaint, however, Defendant consents to venue by the Receivership Court.

10. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant denies all allegations set forth in Paragraph 10 of the Complaint, however, Defendant consents to venue and jurisditction by the Receivership Court.

11. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 11 of the Complaint.

12. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 12 of the Complaint.

13. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 13 of the Complaint.

14. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 14 of the Complaint.

15. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 15 of the Complaint.

16. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 16 of the Complaint.

As to Paragraphs 17 – 59:  Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraphs 17-59 of the Complaint. Further, these allegations are not related to Plaintiffs' claims against Defendant.

60. Defendant admits that she is a citizen of the State of Michigan and may be served at 11464 Birch Court, Washington Township, Macomb County, Michigan 48094.  Defendant is without sufficient knowledge to either admit or deny any and all other allegations set forth in Paragraph 60 of the Complaint.

As to Paragraphs 61 – 75:  Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraphs 61-75 of the Complaint. Further, these allegations are not related to Plaintiffs' claims against Defendant.

76. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant denies the allegations set forth in Paragraph 76 of the Complaint.

77. Defendant incorporats her answers to the allegations set forth in Paragraphs 1-76 of the Complaint as if each answer was restated fully herein.

78. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 78 of the Complaint.

79. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 79 of the Complaint.

80. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 80 of the Complaint.

81. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 81 of the Complaint.

82. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 82 of the Complaint.

83. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 83 of the Complaint.

84. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 84 of the Complaint.

85. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 85 of the Complaint.

86. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 86 of the Complaint.

87. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 87 of the Complaint.

88. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 88 of the Complaint.

89. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 89 of the Complaint.

90. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is

required; Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 90 of the Complaint.

91. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 91 of the Complaint.

92. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 92 of the Complaint.

93. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 93 of the Complaint.

94. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 94 of the Complaint.

95. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 95 of the Complaint.

96. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 96 of the Complaint.

97. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 97 of the Complaint.

98. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 98 of the Complaint.

99. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 99 of the Complaint.

100. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph

is required; Defendant deny any and all other allegations set forth in Paragraph 100 of the Complaint.

101. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 101 of the Complaint.

102. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 102 of the Complaint.

103. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 103 of the Complaint.

104. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 104 of the Complaint.

105.   This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 105 of the Complaint.

106.   This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 106 of the Complaint.

107.   This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 107 of the Complaint.

108.   Defendant incorporats her answers to the allegations set forth in Paragraphs 1-107 of the Complaint as if each answer was restated fully herein.

As to Paragraphs 109 – 337:  Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraphs 109-337 of the Complaint. Further, these allegations are not related to Plaintiffs' claims against Defendant.

337. Denied.

338. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 338 of the Complaint.

339. Denied.

340. Denied.

341. Denied.

As to Paragraphs 342– 416:  Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraphs 342-416 of the Complaint. Further, these allegations are not related to Plaintiffs' claims against Defendant.

417. Defendant incorporats her answers to the allegations set forth in Paragraphs 1-416 of the Complaint as if each answer was restated fully herein.

418. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 418 of the Complaint.

419. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph

12

is required; Defendant deny any and all other allegations set forth in Paragraph 419 of the Complaint.

420. Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 410 of the Complaint.

421. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 421 of the Complaint.

422. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 422 of the Complaint.

423. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 423 of the Complaint.

424. Denied.

425. Defendant incorporats her answers to the allegations set forth in Paragraphs 1-424 of the Complaint as if each answer was restated fully herein.

426. Denied.

427. Denied.

428. Denied.

429. Denied.

430. Denied.

431. Denied.

432. Denied.

433. Denied.

434. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 434 of the Complaint.

435. This paragraph contains no allegation to which a response is required as it calls for a legal conclusion.  To the extent any response to this paragraph is required; Defendant deny any and all other allegations set forth in Paragraph 435 of the Complaint.

Defendant denies any and all allegations in the Plaintiffs Complaint stated in the unnumbered paragraph after Paragraph 435 of the Complaint which begins with "WHEREFORE, Jason….

Wherefore, Defendant demands that the Complaint be dismissed and all costs be borne by the Plaintiffs.  Pursuant to Federal Rule of Civil Procedure 38, Defendants demand a jury trial.

Respectfully submitted, this 8th day of January, 2015 by,

*/s/ David J.Merbaum*
David J. Merbaum
email:  dmerbaum@bellsouth.net
Georgia Bar No. 006700
Andrew J. Becker
email:  abecker@merbaumlawgroup.com
Georgia Bar No. 142595

**Merbaum Law Group, PC**
5755 North Point Parkway
Suite 284
Alpharetta, Georgia 30022
Telephone:  (678) 393-8232
Facsimile:  (678) 393-0410

15

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JASON L. NOHR, RECEIVER FOR       )
MSC HOLDINGS, USA, LLC, MSC       )
HOLDINGS, INC., and MSC GA        )
HOLDINGS, LLC.                     )
                                   )
     Plaintiffs,                  )
                                   )     CIVIL ACTION FILE NO.
v.                                 )     1:14-CV-02761-SCJ
                                   )
Corinna Jang, et al.,              )
                                   )
     Defendants.                  )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing DEFENDANT'S AND ANSWER, AFFIRMATIVE DEFENSES was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

Jason L. Nohr, Esq.
Cauthorn Nohr & Owen
212 Church Street
Marietta, Georgia 30060

16

Raymond Burton Lail, Esq.
Raymond B. Lail, P.C.
The Macquarium Building, Suite 300
1800 Peachtree St., NW
Atlanta, GA 30309

Douglas Romero, Esq.
Law Office of Douglas Romero
Suite 150
200 S. Sheridan Blvd.
Denver, CO 80226

Jason R. Doss, Esq.
The Doss Firm, LLC
P.O. Box 965669, Suite 101
36 Trammell Street
Marietta, GA 30066

AND BY US MAIL:

Norma Day
Room 212
2899 Five Forks Trickum Rd.
Lawrenceville, GA 30044

Ruth Eugenia Brandon
618 W. Mill St.
Livingston, TX 77351

Howard Daniel
160 Bishop
Livingston, TX 7735

17

Brenda Gates
4792 US Hwy 190 E.
Livingston, TX 77351

Joan Heintz
11480 SW 22 Court
Davie, FL 33325

Mary Lou Hirsch
710 South Bay Blvd.
PO Box 1967
Anna Maria, FL 34216

Corinna Jang
1335 Paseo Del Pueblo Sur #246
Taos, NM 87571

Mei Ling Jang
16 Blakeley
Irvine, CA 92620

Tangie King
7043 South Cannon Place Drive
Rockford, MI 49391

Carla Kuizon
302 58th Street
Holmes Beach, FL 34217

Barbara Lingenfelter
300 Chipeway Avenue
Daytona Beach, FL 32118

18

Chris Litsey
1335 Paseo Del Pueblo Sur #246
Taos, NM 87571

Charlotte and David Mallory
800 N. Drew
Livingston, TX 77351

Geoffrey and Amy Marott
125 Royal Burgess Way
McDonough, GA 30253

Bryan and Rebecca Moore
1520 Dads Road
Baker, FL 32531

Cherie and Roger Mullins
170 Hol Mar Trial
McDonough, GA 30253

Scott Murphy
97 Longwood Crossing
Dallas, GA 30132

Christine Perry
PO Box 1167
Burnesville, NC 28714

Elaine Prewitt
5211 Highway 461
Somerset, KY 42503

Barbara Robbins
1040 FM 2457
Livingston, TX 77351

Robert Rohm
P.O. Box 28592
Atlanta, GA 30358

Eveline and Norman Schneller
427 Salem Ridge Court
McDonough, GA 30252

James and Patricia Sheffield
115 Salem Ridge Drive
McDonough, GA 30253

Joey and Lori Sheffield
497 Grandiflora Drive
McDonough, GA 30253

Julie Starcher
143 Ashley Drive
McDonough, GA 30253

Daphne Swilling
3612 Maiden Drive
Chattanooga, TN 37412

Thinh Tran
1525 Bramble Bush Way
Suwanee, GA 30024

Joseph and Shanda Watkins
40 Allie Drive
McDonough, GA 30252

Respectfully submitted, this 8th day of January, 2015 by,


                                    */s/ David J.Merbaum*                    
                                    David J. Merbaum
                                    email:  dmerbaum@bellsouth.net
                                    Georgia Bar No. 006700
**Merbaum Law Group, PC**           Andrew J. Becker
5755 North Point Parkway            email:  abecker@merbaumlawgroup.com
Suite 284                           Georgia Bar No. 142595
Alpharetta, Georgia 30022
Telephone:  (678) 393-8232
Facsimile:  (678) 393-0410