IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON L. NOHR, RECEIVER FOR MSC HOLDINGS, USA, LLC, MSC HOLDINGS, INC., and MSC GA HOLDINGS, LLC. <br><br> Plaintiffs, <br><br> v. <br><br> Corinna Jang, et al., <br><br> Defendants. | CIVIL ACTION FILE NO. 1:14-CV-02761-SCJ |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

(1)   The undersigned Counsel of Record for Defendant Barbara Banfic certifies that to the best of his knowledge the following is a full and complete list of all parties in this action his firm represents[1], including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Barbara Banfic

---

[1] Due to the number of additional defendants, Counsel for Defendant Barbara Banfic can not make any statements or representations as to other interested persons or entities in relation to anyone excepting his firm's client.

1

(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case as it relates to Defendant Barbara Banfic[1]:

None known at this time.

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Plaintiff and Defendant Barbara Banfic in this proceeding:

**Plaintiff's counsel:** Jason L. Nohr, Esq. (Georgia Bar No. 545435), Cauthorn Nohr & Owen, 212 Church Street, Marietta, Georgia 30060, Telephone: (770) 528-0150, Facsimile: (770) 528-0160, Emails: jln@cauthornnohr.com.

**Defendant Barbara Banfic's counsel:** David J. Merbaum, Esq. (Georgia Bar No.006700) and Andrew J. Becker, Esq. (Georgia Bar No. 142595), Merbaum Law Group, P.C., 5755 North Point Parkway, Suite 284, Alpharetta, Georgia 30022, Telephone: (678) 393-8232, Facsimile: (678) 393-0410, Email: dmerbaum@bellsouth.net and abecker@merbaumlaw.com.

Respectfully submitted, this 8th day of January, 2015 by:

*/s/ David J.Merbaum*
David J. Merbaum
email:  dmerbaum@bellsouth.net
Georgia Bar No. 006700
Andrew J. Becker
email:  abecker@merbaumlawgroup.com
Georgia Bar No. 142595

**Merbaum Law Group, PC**
5755 North Point Parkway
Suite 284
Alpharetta, Georgia 30022
Telephone:  (678) 393-8232
Facsimile:  (678) 393-0410

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JASON L. NOHR, RECEIVER FOR MSC HOLDINGS, USA, LLC, MSC HOLDINGS, INC., and MSC GA HOLDINGS, LLC.   )<br>)<br>)<br>)<br>)<br>   Plaintiffs,   )<br>)<br>v.   )<br>)<br>Corinna Jang, et al.,   )<br>)<br>   Defendants.   )<br>_____) | CIVIL ACTION FILE NO.<br>1:14-CV-02761-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **CERTIFICATE OF INTERESTED PERSONS** was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

Jason L. Nohr, Esq.
Cauthorn Nohr & Owen
212 Church Street
Marietta, Georgia 30060

Raymond Burton Lail, Esq.
Raymond B. Lail, P.C.
The Macquarium Building, Suite 300
1800 Peachtree St., NW
Atlanta, GA 30309

4

Douglas Romero, Esq.
Law Office of Douglas Romero
Suite 150
200 S. Sheridan Blvd.
Denver, CO 80226

Jason R. Doss, Esq.
The Doss Firm, LLC
P.O. Box 965669, Suite 101
36 Trammell Street
Marietta, GA 30066

AND BY US MAIL:

Norma Day
Room 212
2899 Five Forks Trickum Rd.
Lawrenceville, GA 30044

Ruth Eugenia Brandon
618 W. Mill St.
Livingston, TX 77351

Howard Daniel
160 Bishop
Livingston, TX 7735

Brenda Gates
4792 US Hwy 190 E.
Livingston, TX 77351

Joan Heintz
11480 SW 22 Court
Davie, FL 33325

Mary Lou Hirsch
710 South Bay Blvd.
PO Box 1967
Anna Maria, FL 34216

Corinna Jang
1335 Paseo Del Pueblo Sur #246
Taos, NM 87571

Mei Ling Jang
16 Blakeley
Irvine, CA 92620

Tangie King
7043 South Cannon Place Drive
Rockford, MI 49391

Carla Kuizon
302 58th Street
Holmes Beach, FL 34217

Barbara Lingenfelter
300 Chipeway Avenue
Daytona Beach, FL 32118

Chris Litsey
1335 Paseo Del Pueblo Sur #246
Taos, NM 87571

Charlotte and David Mallory
800 N. Drew
Livingston, TX 77351

Geoffrey and Amy Marott
125 Royal Burgess Way
McDonough, GA 30253

6

Bryan and Rebecca Moore
1520 Dads Road
Baker, FL 32531

Cherie and Roger Mullins
170 Hol Mar Trial
McDonough, GA 30253

Scott Murphy
97 Longwood Crossing
Dallas, GA 30132

Christine Perry
PO Box 1167
Burnesville, NC 28714

Elaine Prewitt
5211 Highway 461
Somerset, KY 42503

Barbara Robbins
1040 FM 2457
Livingston, TX 77351

Robert Rohm
P.O. Box 28592
Atlanta, GA 30358

Eveline and Norman Schneller
427 Salem Ridge Court
McDonough, GA 30252

James and Patricia Sheffield
115 Salem Ridge Drive
McDonough, GA 30253

Joey and Lori Sheffield
497 Grandiflora Drive
McDonough, GA 30253

Julie Starcher
143 Ashley Drive
McDonough, GA 30253

Daphne Swilling
3612 Maiden Drive
Chattanooga, TN 37412

Thinh Tran
1525 Bramble Bush Way
Suwanee, GA 30024

Joseph and Shanda Watkins
40 Allie Drive
McDonough, GA 30252

Respectfully submitted, this 8th day of January, 2015 by,


                                                         */s/ David J.Merbaum*
                                                       David J. Merbaum
                                                       email:  dmerbaum@bellsouth.net
                                                       Georgia Bar No. 006700

**Merbaum Law Group, PC**        Andrew J. Becker
5755 North Point Parkway        email:  abecker@merbaumlawgroup.com
Suite 284                                          Georgia Bar No. 142595
Alpharetta, Georgia 30022
Telephone:  (678) 393-8232
Facsimile:  (678) 393-0410