January 21, 2015

To: United States District Court
    for the Northern District of Georgia

Re: Civil Action No. 1;14 CV-02761-SCJ

From: Mary Lou Hirsch
       710 South Bay Blvd.
       P.O. Box 1967
       Anna Maria, Fl. 34216

U.S. District Court for the Northern District of Georgia,

Answer to complaint Civil Action No. 1;14 CV-0276-SCJ from defendant Mary Lou Hirsch:

1. At all times I acted in good faith according to the General Agreement I signed with BillyMcClintock.

2. I had no knowledge that this was anything but a legitimate business dealing according to the way Billy McClintock explained where the funds loaned were invested and how the money was generated.

3. I had no knowledge as to what is now referred to as a "Ponzi Scheme" in paragraph 85 & 86.

4. Items #139-144 page 33 and Exhibit A Page 8 regarding Mary Lou Hirsch are incorrect.

5. The minimum investment required stated by Billy McClintock was $25,000. Over time that minimum was increased to $35,000 and then to $50,000. I was deceived by Billy McClintock and defrauded of my total investment of $50.000.

For all the above reasons I respectfully request that the court dismiss the complaint against me with prejudice.

                                      Sincerely yours,

                                      *Mary Lou Hirsch*

                                      Mary Lou Hirsch