January 17, 2015

To: United States District Court
for the Northern District of Georgia

Re: Civil Action No. 1;14 CV-02761-SCJ

From: Carla Kuizon
302 58th Street.
Holmes Beach, Fl. 34217

*RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta*
*JAN 26 2015*
*JAMES N. HA..., Clerk*
*By: [signature] Deputy Clerk*

Dear: U.S. District Court for the Northern District of Georgia,

Answer to complaint Civil Action No. 1;14 CV-0276-SCJ from defendant Carla Kuizon.

1. I believed I entered into a legitimate loan involving an investment opportunity with Billy McClintock, one of the top three world trust and a brokerage firm.

2. My documentation to my knowledge was a legal binding transaction.

3. At no time was a "Ponzi Scheme" mentioned or inferred as described in paragraphs 85 & 86.

4. I'm not at fault here. Billy McClintock is the defrauder and he should be held responsible.

For all the above reasons I respectfully request that the court dismiss the complaint against me with prejudice.

Sincerely yours,

*[signature]*
Carla Kuizon