UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON L. NOHR, Receiver for <br> MSC HOLDINGS USA, LLC, <br> MSC HOLDINGS, INC., and <br> MSC GA HOLDINGS, LLC <br><br> Plaintiff, <br><br> v. <br><br> CORRINA JANG, et. al. <br><br> Defendants. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:14-cv-02761-SCJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> / |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for Julie Starcher.

Date:     February, 2015.

/s/ Jason R. Doss_____
Jason R. Doss
Georgia Bar No. 227117
Samuel T. Brannan
Georgia Bar No. 076688
The Doss Firm, LLC
36 Trammell Street, Suite 101
Marietta, Georgia 30064
(770) 578-1314 (Telephone)

1

(770) 578-1302 (Facsimile)
jasondoss@dossfirm.com

Counsel for Defendant Julie Starcher

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON L. NOHR, Receiver for MSC HOLDINGS USA, LLC, MSC HOLDINGS, INC., and MSC GA HOLDINGS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CORRINA JANG, et. al.<br><br>Defendants. | Case No. 1:14-cv-02761-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the forgoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

Submitted this 2nd day of February 2015.

/s/ Jason R. Doss_____
Jason R. Doss
Georgia Bar No. 227117
Samuel T. Brannan
Georgia Bar No. 076688
The Doss Firm, LLC
36 Trammell Street, Suite 101
Marietta, Georgia 30064
(770) 578-1314 (Telephone)
(770) 578-1302 (Facsimile)

4

jasondoss@dossfirm.com