IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON L. NOHR, Receiver for MSC HOLDINGS USA, LLC, MSC HOLDINGS, INC., and MSC GA HOLDINGS, LLC, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| CORINNA JANG, et al., | ) ) |
| Defendants. | ) |

CIVIL ACTION FILE

NO. 1:14-cv-02761-SCJ

## WITHDRAWAL OF MOTIONS

Comes now Plaintiff in the above-styled case and hereby seeks to withraw two motions filed on this date [docket entry nos. 256 and 257] because they inadvertently included parties that have been previously dismissed or are in bankruptcy. Plaintiff will refile the corrected pleadings with those parties removed.

Respectfully submitted this 16th day of September, 2015.

/s Jason L. Nohr
Georgia Bar No.: 545435

212 Church Street
Marietta, GA  30060
(770) 528-0150
jln@cauthornnohr.com